# Elizabeth Rapp for the use of Barbara Seybert *against* Israel Elliot.

S. C. 2 Dall. 184.

Coverture of the plaintiff pleaded in abatement, without an affidavit, or probable cause shewn, set aside by the court.

ACTION *sur* promissory note.    Plea coverture.

Mr. Howell, *pro quer*, obtained a rule to shew cause, why the plea of coverture entered in the last vacation should not be set aside, it being a dilatory plea and not verified by affidavit, nor any probable cause shewn to the court to induce them to believe that the fact of it is true, agreeably to the 36th rule of practice of the court.

Mr. Todd now shewed cause on behalf of the defendant, and offered to lay before the court probable grounds of the plaintiff's marriage.

*Sed per Cur.*    You are now too late; the affidavits should have been filed when you pleaded the dilatory plea.    This we take to be the spirit and true intent of the rule, and apprehend to be the practice in England under the stat. 4 and 5 Ann. c. 16, § 11, from which the rule is taken.    Vide 3 Burr. 1617.    1 Barnes 257.

Rule made absolute, to set aside the plea, for want of an affidavit.